**E-filed 10/24/06**

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

**ATTORNEY FOR PLAINTIFF**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VICTORIA MIRANDA ) | Civil Action No. 06-04571 JF PVT |
| ) | |
| Plaintiff, ) | PLAINTIFF'S CASE MANAGEMENT |
| ) | CONFERENCE STATEMENT, REQUEST |
| v. ) | TO CONTINUE CMC FROM 10/30/06 to |
| ) | TO 12/1/06 |
| ) | |
| GREAT LAKES et al., ) | Time: 10:30 a.m. |
| ) | U.S. District Court |
| Defendants. ) | 280 S. 1st St. |
| ) | San Jose, CA 95113 |
| | HON. JEREMY FOGEL |

        Plaintiff amended the Complaint on September 15, 2006.  Thus, the parties have only

recently been served with such.  No responsive pleadings have been filed as of yet.  Therefore,

Plaintiff respectfully requests a continuance of the CMC from October 27, 2006 to December 1,

2006.


**/s/Ronald Wilcox**                    **10/23/06**
Ronald Wilcox                           Date
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**[~~PROPOSED~~] ORDER**

The Case Management Conference is hereby continued from October 30, 2006

to __ December 1 _____, 2006, at 10:30 p.m.

Date:   10/24/06

_____

HON. JEREMY FOGEL, U.S. DISTRICT COURT JUDGE