**E-filed 11/19/06**

Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486
ronaldwilcox@post.harvard.edu

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| VICTORIA MIRANDA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-04571 JF PVT |
| v. ) | |
| ) | |
| GREAT LAKES ASSET MANAGEMENT, ) | |
| INC. ) | |
| ) | REQUEST TO CONTINUE 12/1/06 CMC |
| ) | to 1/12/07 10:30 a.m. and [~~PROPOSED~~] |
| Defendant. ) | ORDER |
| ) | |

Plaintiff amended the complaint on September 15, 2006. No responsive pleadings have been filed as of yet. Plaintiff filed a Request for Default against Great Lakes Asset Management, Inc. Great Lakes Asset Management, Inc. then contacted Plaintiff and alleged they were not properly served. The parties discussed a stipulation whereby Great Lakes Asset Management, Inc. agreed to accept service of the Amended Complaint via fax and e-mail, and that the earlier Request for Default be vacated. However, Great Lakes Asset Management, Inc. has failed to sign and return the stipulation that was provided on November 21, 2006. Plaintiff respectfully requests the Case Management Conference scheduled for December 1, 2006 be continued to January 12, 2007.

- 2 -

Respectfully submitted,


**/s/Ronald Wilcox**                  **11/27/06**
Ronald Wilcox                         Date
Attorney for Plaintiff

- 2 -

- 3 -

[~~PROPOSED~~] ORDER

The Case Management Conference set for December 1, 2006, is hereby continued to January 12, 2007 at 10:30 a.m.

Date: 11/28/06

_____
HON. JEREMY FOGEL
U.S. DISTRICT JUDGE